# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-02161-CAD |
| | § | |
| RODOLFO CASTRO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/10/2011, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/12/2011            By:  /s/ David P. Leibowitz
                                          (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  § Case No. 10-02161-CAD
  §
RODOLFO CASTRO  §
  §
  §
  §
Debtor(s)  §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $2,221.68
*and approved disbursements of* $0.00
*leaving a balance on hand of*[1]: $2,221.68

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,221.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $555.42 | $0.00 | $555.42 |
| David Leibowitz, Trustee Expenses | $67.64 | $0.00 | $67.64 |

Total to be paid for chapter 7 administrative expenses: $623.06
Remaining balance: $1,598.62

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Remaining balance: | $1,598.62 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,598.62 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $12,064.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Rockford Bell Credit Union | $6,033.57 | $0.00 | $799.48 |
| 2 | Rockford Bell Credit Union | $2,030.07 | $0.00 | $268.99 |
| 3 | Chase Bank USA, N.A. | $2,160.27 | $0.00 | $286.25 |
| 4 | Capital Recovery III LLC As Assignee of VERIZON WI | $1,012.64 | $0.00 | $134.18 |
| 5 | GE Money Bank dba SAM'S CLUB | $303.47 | $0.00 | $40.21 |
| 6 | American Infosource Lp As Agent for Target | $524.56 | $0.00 | $69.51 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $1,598.62 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $8,832.54 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

**UST-Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 7 | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | $441.68 | $0.00 | $0.00 |
| 8 | HSBC Bank Nevada, N.A. (Helzberg Diamonds) | $2,718.13 | $0.00 | $0.00 |
| 9 | PRA Receivables Management, LLC c/o Providian National Bank | $5,672.73 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                              Case No. 10-02161-CAD
Rodolfo Castro                                                      Chapter 7
         Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams              Page 1 of 2             Date Rcvd: Apr 12, 2011
                              Form ID: pdf006              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2011.
db           +Rodolfo Castro,    7814 Churchill Av,    Morton Grove, IL 60053-1807
aty          +Erich G Monzon,    400 Central Ave,    Suite 210,   Northfield, IL 60093-3024
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
14986338    ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
              (address filed with court:   Bmw Financial Services,    5515 Parkcenter Cir,    Dublin, OH  43017)
15405926     +Capital Recovery III LLC As Assignee of VERIZON WI,    Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16153524     +Cashnet.Com,    1301 Marina Village Parkway,    Alameda, CA 94501-1082
14986335     +Castro Rodolfo,    7814 Churchill Av,    Morton Grove, IL 60053-1807
14986339     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15287222      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16313608      CitiFinancial, Inc,    P.O. Box 140489,    Irving, TX 75014-0489
14986340     +Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202-2120
14986342    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court:   Hsbc Bank,    Po Box 52530,    Carol Stream, IL  60196)
15758327     +HSBC Bank Nevada, N.A. (Best Buy Co., Inc.),    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
15758331     +HSBC Bank Nevada, N.A. (Helzberg Diamonds),    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
14986343     +Hsbc/bstby,    Pob 15521,   Wilmington, DE 19850-5521
14986344     +Hsbc/hlzbg,    1405 Foulk Road,    Wilmington, DE 19803-2769
14986345     +Illinois Collection Se (original Cr,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
14986336     +Law Office of Erich G Monzon,    400 Central Ave Suite 210,    Northfield, IL 60093-3024
15818353     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
               c/o Providian National Bank,    POB 41067,    Norfolk VA 23541-1067
14986346     +Pinnacle Credit Servic (original Cr,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
14986347     +Portfolio,   120 Corporate Blvd, Ste 100,    Norfolk, VA 23502-4962
14986348     +Portfolio Recvry&affil (original Cr,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
14986349     +Rfd Bell Cu,    4225 Perryville,    Loves Park, IL 61111-8652
14986350    +++Rockford Bell Credit Union,    by: Reilly Law Offices,    6801 Spring Creek Road Suite 2D,
               Rockford, IL 61114-7420
14986351      Target Nb,    C/o Target Credit Services,    Minneapolis, MN  55440-0673
14986352     +Wilshire Credit Corp,    1776 Sw Madison St,    Portland, OR 97205-1715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14986337     +E-mail/PDF: cbp@agfinance.com Apr 13 2011 00:22:23      American General Finan,
               4010 E State St Ste 101b,    Rockford, IL 61108-2044
15511438      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2011 00:22:14
               American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
16153525      E-mail/Text: bankruptcy@cottonwoodfinancial.com Apr 12 2011 23:32:27      The Cash Store,
               1120 E State St,    Rockford, IL 61101
15484965     +E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2011 00:23:41      GE Money Bank dba SAM’S CLUB,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14986341     +E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2011 00:23:41      Gemb/sams Club,    Po Box 981400,
               El Paso, TX 79998-1400
15109333     +E-mail/Text: JIM@WSCEINC.COM Apr 12 2011 23:31:36      Short Term Loans LLC,
               1400 E Touhy Ave 108,    Des Plaines, IL 60018-3338
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’+++’ were transmitted to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                Date Rcvd: Apr 12, 2011
                              Form ID: pdf006              Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2011**                    **Signature:**    _Joseph Speetjens_